**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | |
|---|---|
| DON T. CARMODY, | : No. 348 EAL 2023 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| POST AND SCHELL, P.C., SIDNEY R. | : |
| STEINBERG, MARC H. PERRY, ANDREW | : |
| W. ALLISON, AND ERIKA M. PAGE, | : |
| | : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

  **AND NOW**, this 15th day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.